NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDIA QUEUE, LLC,**
*Plaintiff-Appellant,*

v.

**NETFLIX, INC.,**
*Defendant-Cross Appellant,*

**and**

**BLOCKBUSTER, INC.,**
*Defendant-Appellee,*

**and**

**GREENCINE HOLDINGS, LLC,**
*Defendant.*

---

2010-1199, -1344

---

Appeals from the United States District Court for the Northern District of California in case no. 09-CV-1027, Judge Susan Illston.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Aaron M. Nathan as counsel for Netflix, Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JAN 2 5 2011__                           /s/ Jan Horbaly
Date                                            Jan Horbaly
                                                Clerk

cc:  John Joseph Edmonds, Esq.
     Scott W. Breedlove, Esq.
     Michael A. Jacobs, Esq.
     John D. Vandenberg, Esq.
     Peter J. Brann, Esq.
     Aaron M. Nathan, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 5 2011

JAN HORBALY
CLERK